GEORGE B. GLOVER, Respondent, *v.* LUCY H. GLOVER, Individually and as Executrix, etc., Appellant.

(Argued December 13, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made August 3, 1892, which overruled exceptions taken by defendant on the trial and ordered judgment on verdict in favor of plaintiff directed by the court.

*Franklin B. Lord* for appellant.

*Flamen B. Candler* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

THOMAS J. HAGADORN, Appellant, *v.* JOHN W. HART, as Sheriff, etc., et al., Respondents.

(Argued December 13, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 24, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*J. H. Clute* for appellant.

*W. L. Norton* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.